```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2023
```

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

OASIS INVESTMENTS II MASTER FUND LTD.,

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

Case No.: 23-mc-00131

## [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

This matter came before the Court upon the *ex parte* application of Oasis Investments II Master Fund Ltd. ("**Petitioner**"), for an Order authorizing Petitioner to obtain certain limited discovery under 28 U.S.C. § 1782 (the "**Application**").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations and Exhibits,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Petitioner is authorized to take discovery from Michael Yoshino, Pleiad Asia Master Fund, Pleiad Asia Equity Master Fund, and Pleiad Investment Advisors Limited (together, the "**Respondents**"), individuals or corporations found in this District, by issuing the subpoenas seeking the production of documents in the form attached to the Simopoulos Declaration as Exhibits 1 and 2 (the "**Subpoenas**");

3. Respondents shall produce the requested documents within thirty (30) days of service of the Subpoenas, or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for

the Southern District of New York. The entry of this Order does not foreclose Respondents from seeking relief under Rule 26 and Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoenas;

4. Respondents shall each appear for a deposition in compliance with Subpoenas on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the Subpoenas, with Pleiad Asia Master Fund, Pleiad Asia Equity Master Fund, and Pleiad Investment Advisors Limited (together, the "**Corporate Respondents**") each designating a representative who shall appear as their corporate representatives under Federal Rule of Civil Procedure 30(b)(6); and

5. Until further Order by this Court, Respondents shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

SO ORDERED.

Dated: May 18, 2023

New York, New York

_____
ANALISA TORRES
United States District Judge