Case 1:23-mc-00131-AT   Document 16   Filed 04/03/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/3/2024_

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

OASIS INVESTMENTS II MASTER FUND LTD.,

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

23 Misc. 131 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to strike the docket entry at ECF No. 15, which was filed in error.

    SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge